UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-md-02385-DRH<br><br>MDL No. 2385 |

**This Document Relates To:**

*Peter G. Vicari et al v. Boehringer Ingelheim Pharmaceuticals Inc., et al*     No. 13-cv-60022-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on November 14, 2014 the above captioned cases is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

**Dated:** November 14, 2014

Digitally signed by David R. Herndon
Date: 2014.11.14 16:14:45 -06'00'

**APPROVED:**
U.S. DISTRICT JUDGE
U. S. DISTRICT COURT